W. E. KINNEY CORPORATION, Respondent, v. OLIVER COSTICH DEVELOPMENT CORPORATION, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. (See *Bennett* v. *Edison Electric Illuminating Co.*, 164 N. Y. 131; *Boisnot* v. *Wilson*, 95 App. Div. 489; *Claffy* v. *Madison Ave. Co.*, 124 id. 774; *Steck* v. *Colorado Fuel & Iron Co.*, 142 N. Y. 236.) All concur, except Hubbs, P. J., who dissents and votes for reversal upon the ground that the cases cited are not controlling in this case and that under section 424 of the Civil Practice Act the defendants are entitled to a jury trial. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Judicial Settlement of the Account of GEORGE S. ALLEN, Executor of the Estate of MARIAN E. PERRY, Deceased.— Decree affirmed, with costs. All concur, except Sears and Taylor, JJ., who dissent and vote for reversal on the law, on the ground that the bequests to Mary L. Adams, Lena Marquardt and Mary E. Meagher, were specific. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

SERAFINO MICELI and Another, Respondents, v. THE ATLAS ASSURANCE COMPANY, LIMITED, OF LONDON, Appellant.*— Judgment affirmed, with costs. All concur, except Taylor, J., who dissents on the law and votes for reversal on the ground that there is nothing in the record to show that defendant waived, or was estopped from relying upon, the twelve months' limitation period. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ. [130 Misc. 52.]

PAUL V. CONNOLLY, as Trustee in Bankruptcy of THE HOME AND COUNTRY PUBLISHING COMPANY, Bankrupt, Appellant, v. JOSEPH DREXELIUS, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.